TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-99-00744-CV

Louise McElroy, Appellant

v.

Golden Rule Insurance Company, Appellee

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 126TH JUDICIAL DISTRICT

NO. 98-01815-B, HONORABLE ERNEST C. GARCIA, JUDGE PRESIDING 

PER CURIAM

 Appellant has informed us by motion for rehearing that the judgment we rendered
on June 29, 2000 does not assess costs as the parties had agreed. We grant the motion for
rehearing, withdraw the opinion and judgment rendered June 29, 2000, and render a new opinion
and judgment apportioning costs in conformance with the parties' agreement. We dismiss this
appeal in accordance with the parties' joint motion.

Before Justices Jones, Yeakel and Patterson

Dismissed on Joint Motion

Filed: July 27, 2000

Do Not Publish